IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SAMUEL ERIN EAGER, | ) | CIVIL NO. 15-00098 SOM/KSC |
| | ) | |
| Plaintiff, | ) | ORDER OF RECUSAL |
| | ) | |
| SIX UNKNOWN HONOLULU POLICE DEPARTMENT OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER OF RECUSAL

I recuse myself from any and all further proceedings in this matter to avoid questions as to my impartiality.

I apologize for not having recused earlier, By way of explanation for this delay, I state that I have a standing recusal for cases involving the City and County of Honolulu, given my close friendship with Corporation Counsel Donna Leong. Probably because the defendants were unnamed individuals in the original Complaint, the Clerk's Office did not automatically take me out of the assignment process when the case was first filed. Thereafter the Honolulu Police Department was named as a defendant in the First Amended Complaint and the Second Amended Complaint.  This should have been a clear recusal trigger but the trigger was unfortunately overlooked.  I note that cases filed by prisoners are typically worked on by a law clerk who does not work in my chambers and is not familiar with my recusal practice. Moreover, it was not until the filing of the motion to dismiss that anything substantive was filed by Corporation Counsel, as

proceedings before then were in the nature of the court's own screening proceedings required by law.  In any event, I myself should have earlier noted the need for recusal, and I regret any inconvenience this belated action may cause.

      In light of the above, this case is referred for reassignment.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, November 30, 2015.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Samuel Erin Eager v. Six Unknown Honolulu Police Department Officers, Civil No. 15-00098 SOM/KSC, ORDER OF RECUSAL